Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN FARMER, | Case No.: 2:17-cv-01531-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Doreen Farmer ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 1

There are no longer any issues in this matter between Plaintiff and Experian to be determined by the Court. Plaintiff hereby stipulates that all of her claims and causes of action against Experian, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
Dated December 5, 2018.

| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | John M. Naylor, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 5435 |
| KNEPPER & CLARK LLC | Andrew J. Sharples, Esq. |
| 10040 W. Cheyenne Ave., #170-109 | Nevada Bar No. 12866 |
| Las Vegas, NV 89129 | NAYLOR & BRASTER |
| Email: matthew.knepper@knepperclark.com | 1050 Indigo Drive, Suite 200 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89145 |
| | Email: jbraster@nblawnv.com |
| David H. Krieger, Esq. | Email: jnaylor@nblawnv.com |
| Nevada Bar No. 9086 | Email: asharples@nblawnv.com |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | Cheryl L. O'Connor, Esq. |
| Henderson, NV 89123 | Brianne J. Kendall, Esq. |
| Email: dkrieger@hainesandkrieger.com | John A. Vogt, Esq. |
| | Edward S. Chang, Esq. |
| Sean N. Payne, Esq. | JONES DAY |
| PAYNE LAW FIRM LLC | 3161 Michelson Dr Ste 800 |
| 9550 S. Eastern Ave. Suite 253-A213 | Irvine, CA 92612 |
| Las Vegas, NV 89123 | Email: bkendall@jonesday.com |
| Email: seanpayne@spaynelaw.com | Email: coconnor@jonesday.com |
| | Email: echang@jonesday.com |
| *Counsel for Plaintiff* | Email: javogt@jonesday.com |
| | |
| | Rebecca W. Anthony, Esq. |
| | JONES DAY |
| | 2727 N Harwood St. |
| | Dallas, TX 75201 |
| | Email: ranthony@jonesday.com |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

*Farmer v. Experian Information Solutions, Inc.*
Case No. 2:17-cv-01531-RFB-PAL

## **ORDER GRANTING**

## **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,**

## **WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of December 2018.

NAI-1505727185v1

STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 3